Form 4-1

UNITED STATES COURT OF INTERNATIONAL TRADE                FORM 4

| GOOD EARTH LIGHTING, INC. |
| --- |
| Plaintiff, |
| v. |
| UNITED STATES, |
| Defendant. |

SUMMONS 20-00346

**TO:** The Above-Named Defendant:

You are hereby summoned and required to serve on plaintiff's attorney, whose name and address are set out below, an answer to the complaint which is herewith served on you, within 21* days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



**/s/ Mario Toscano**
Clerk of the Court

_____
Signature of Plaintiff's Attorney

September 17, 2020
_____
Date

Name, Address, Telephone Number and E-mail Address of Plaintiff's Attorney

Paul S. Anderson
The Anderson Law Firm, LLC
111 Barclay Boulevard  Suite 206
Lincolnshire, IL  60069
312-300-4819
psa@andersontradelaw.com

* If the United States or an officer or agency thereof is a defendant, the time to be inserted as to it is 60 days, except that in an action described in 28 U.S.C. § 1581(f) the time to be inserted is 14 days.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)